UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:18-cr-127-FtM-38UAM

TOMMY N. TRACY

## **ORDER**

This matter comes before the Court on Defendant's Objection to the Court's Final Pretrial Scheduling Order (Doc. 60), in which Defendant objects to providing his witness lists to the Government by January 31, 2019. The objection will be overruled because the Final Pretrial Scheduling Order only requires Defendant to send a confidential email attaching a list of witnesses to the Court by January 31, 2019. (Doc. 60, ¶ 5). The Scheduling Order only contemplates that the witness list will be provided to the Government on or before the morning of trial, prior to jury selection. (*Id.*)

Accordingly, it is now

**ORDERED:**

Defendant's Objection to the Court's Final Pretrial Scheduling Order (Doc. 60) is **overruled**.

**DONE AND ORDERED** at Fort Myers, Florida, this January 31, 2019.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record